CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 25 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES BRANDON PARKS, | ) | |
| Petitioner, | ) | Civil Action No. 7:10-cv-00110 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| SWVRJ SUPERINTENDENT, et al., | ) | By: Samuel G. Wilson |
| Respondents. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Parks' petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED** without prejudice, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 25th day of March, 2010.

_____
United States District Judge